**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: SAGE, MICHAEL § Case No. 10-75021 | |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 211 South Court Street
 Room 110
 Rockford, IL  61101

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/20/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /   By:   /s/ STEPHEN G. BALSLEY
                                            Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: SAGE, MICHAEL | § | Case No. 10-75021 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $  4,736.08

*and approved disbursements of*            $      5.21

*leaving a balance on hand of* [1]         $  4,730.87

**Balance on hand:**                       $  4,730.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Heritage Bank of Schaumburg | 650,000.00 | 0.00 | 0.00 | 0.00 |
| 1S-2 | Heritage Bank of Schaumburg | 650,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $      0.00
Remaining balance:                         $  4,730.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,182.72 | 0.00 | 1,182.72 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,900.00 | 0.00 | 1,900.00 |

Total to be paid for chapter 7 administration expenses:   $  3,082.72
Remaining balance:                                        $  1,648.15

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,648.15 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $330,559.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Internal Revenue Service | 23,569.18 | 0.00 | 0.00 |
| 10P | Illinois Department of Revenue | 5,083.98 | 0.00 | 0.00 |
| 11P | Illinois Department of Revenue | 1,906.65 | 0.00 | 0.00 |
| 12 | Sage, Tammy | 300,000.00 | 0.00 | 1,648.15 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,648.15 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 240,401.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Heritage Bank of Schaumburg | 0.00 | 0.00 | 0.00 |
| 1U-2 | Heritage Bank of Schaumburg | 106,784.57 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 18,568.80 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank | 43,523.19 | 0.00 | 0.00 |
| 5 | American Express Centurion Bank | 1,498.07 | 0.00 | 0.00 |
| 6 | Elan Financial Services | 19,024.33 | 0.00 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 11,501.22 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---|---|---|
| 8 | FIA Card Services, NA/Bank of America | 22,326.04 | 0.00 | 0.00 |
| 9 | FIA Card Services, NA/Bank of America | 15,143.22 | 0.00 | 0.00 |
| 10U | Illinois Department of Revenue | 1,643.72 | 0.00 | 0.00 |
| 11U | Illinois Department of Revenue | 388.51 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                        Case No. 10-75021-MB
Michael Sage                                                  Chapter 7
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 2                    Date Rcvd: Jun 30, 2011
                              Form ID: pdf006             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2011.
db           +Michael Sage,    10109 Stuart Lane,    Lakewood, IL 60014-6600
aty          +Ariel Weissberg,    Weissberg & Associates, Ltd,    401 S. LaSalle Street,    Suite 403,
               Chicago, IL 60605-2993
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
16253508      America Craig Corp,    PO BOX 447,    Summit, IL 60501-0447
16253509     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16863496      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16253510      American Express Rewards Plus Gold,    PO BOX 0001,    Los Angeles, CA 90096-8000
16253512     +BGR Construction,    PO BOX 95,    Barrington, IL 60011-0095
16253511     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16253513     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16703941      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16253514     +Citibank,    PO BOX 7000,    Olathe, KS 66063-0700
16253515     +Cornerstone National Bank,    One West Northwest Highway,    Palatine, IL 60067-3570
16253517     +Glassworks, Inc,    1814 Pickwick Ave,    Glenview, IL 60026-1307
16253521     +HFC USA,    Po Box 3425,    Buffalo, NY 14240-3425
16253523     +HSBC Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
16253519     +Heritage Bank of Schaumberg,    1535 Schaumburg,    Schaumburg, IL 60194-4099
16253518     +Heritage Bank of Schaumberg,    1535 Schaumburg Rd,    Schaumburg, IL 60194-4099
16686682     +Heritage Bank of Schaumburg,    Michael J Goldstein Esq,    17 N State St #990,
               Chicago IL 60602-3569
16253520     +Heritage Community Bank,    c/o Keevan D. Morgan, Esq.,    900 W. Jackson Blvd., Suite 4 East,
               Chicago, IL 60607-3024
16253522      Home Depot Credit Services,    PO BOX 6925,    The Lakes, NV 88901-6925
17071088      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
16253524      Illinois Department of Revenue,    Springfield, IL 62719-0001
16253525     +Imagetec LP,    c/o GE Capital,    1010 Thomas Edison Blvd. SW,    Cedar Rapids, IA 52404-8247
16253527      Internal Revenue Service,    POB 7346,    Philadelphia PA 19101-7346
16253528     +Inverland Russell, Inc.,    1582 W. Algonquin Road,    Palatine, IL 60067
16253529     +JJ Hayden, Inc,    1308-A Fleming Rd,    Woodstock, IL 60098-7924
16253530     +Lite Art,    1201 W dundee,    Wheeling, IL 60090-3904
16253531     +Maison Du Compte,    10109 Stuart Ln,    Lakewood, IL 60014-6600
16253532     +Maison du Comte,    1582 W. Algonquin Road,    Palatine, IL 60067
16253534     +Norman Mechanical,    3850 Industrial Ave,    Rolling Meadows, IL 60008-1022
16253535     +Northwest Marble,    950 Industrial Drive,    Bensenville, IL 60106-1309
16253536     +P&K Construction, Inc,    PO BOX 455,    West Chicago, IL 60186-0455
17024982    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     c/o Household Finance Corp.,
               PO Box 41067,    Norfolk VA 23541)
16253538     +Pro-Build,    204 West Wheaton,    Yorkville, IL 60560-4545
16253539     +R M Paradise, Inc,    10310 Kendall Ave,    Algonquin, IL 60102-3476
16253540     +Russell McElwain,    1582 W. Algonquin Road,    Palatine, IL 60067
16253541     +Sage, Tammy,    20472 Kelsey Lane,    Strongsville, OH 44149-0966
16253542     +ServiceMaster By Metzler,    Attn Accounting,    1270 Jarvis,    Elk Grove Village, IL 60007-2302
16253543     +Smart Home Solutions,    908 Banbury Ct.,    Schaumburg, IL 60194-2240
16253544     +Stock Building Supply,    c/o Steve Smith @ Goldman & Walker,    6303 East Tanque Verde, #110,
               Tucson, AZ 85715-3858
16253545     +The Inverland Russel,    c/o Russ McElwain,    1642 Colonial Parkway,    Inverness, IL 60067-4725
16253516    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Service,     Po Box 5229,    Cincinnati, OH 45201)
16987398    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,     P.O. Box 5229,    Cincinnati, OH 45201)
16253546     +VFJ Drywall,    6658 W 99th,    Chicago Ridge, IL 60415-1261
16253547     +Woodsman, Inc,    10109 Stuart Lane,    Lakewood, IL 60014-6600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17050237      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 01 2011 01:23:10
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16253533     +E-mail/Text: bankrup@nicor.com Jun 30 2011 23:03:19     Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
16253537      E-mail/Text: bankruptcy@proconsrv.com Jun 30 2011 23:05:57     Pro Consulting Services, Inc.,
               P.O. Box 66768,    Houston, TX 77266-6768
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16253526      Intelligent Systems Services
```

```
District/off: 0752-3           User: lorsmith                Page 2 of 2                   Date Rcvd: Jun 30, 2011
                               Form ID: pdf006               Total Noticed: 49

aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
16898971*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**                      **Signature:**   *Joseph Speetjens*