**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: SAGE, MICHAEL § | Case No. 10-75021 |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $665,493.25                    Assets Exempt:  $6,893.25
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,648.15        Claims Discharged
                                                   Without Payment:  $5,533,820.45

Total Expenses of Administration: $3,087.93

---

    3) Total gross receipts of $ 4,736.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,736.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,206,784.57 | $650,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,918.93 | 3,087.93 | 3,087.93 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 18,700.00 | 330,559.81 | 330,559.81 | 1,648.15 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,386,125.88 | 240,401.67 | 240,401.67 | 0.00 |
| **TOTAL DISBURSEMENTS** | $6,611,610.45 | $1,224,880.41 | $574,049.41 | $4,736.08 |

4) This case was originally filed under Chapter 7 on October 08, 2010. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/01/2011      By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Insurance Policy with Massachusetts M | 1129-000 | 4,736.07 |
| Interest Income | 1270-000 | 0.01 |
| **TOTAL GROSS RECEIPTS** | | **$4,736.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Heritage Bank of Schaumburg | 4110-000 | N/A | | 0.00 | 0.00 |
| 1S-2 | Heritage Bank of Schaumburg | 4110-000 | 756,784.57 | 650,000.00 | 0.00 | 0.00 |
| NOTFILED | Tammy Sage | 4110-000 | 300,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Bank of Schaumburg | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,206,784.57** | **$650,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,182.72 | 1,182.72 | 1,182.72 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,731.00 | 1,900.00 | 1,900.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.21 | 5.21 | 5.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,918.93 | 3,087.93 | 3,087.93 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | 16,000.00 | 23,569.18 | 23,569.18 | 0.00 |
| 10P | Illinois Department of Revenue | 5800-000 | N/A | 5,083.98 | 5,083.98 | 0.00 |
| 11P | Illinois Department of Revenue | 5800-000 | 2,700.00 | 1,906.65 | 1,906.65 | 0.00 |
| 12 | Sage, Tammy | 5100-000 | N/A | 300,000.00 | 300,000.00 | 1,648.15 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 18,700.00 | 330,559.81 | 330,559.81 | 1,648.15 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Heritage Bank of Schaumburg | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1U-2 | Heritage Bank of Schaumburg | 7100-000 | N/A | 106,784.57 | 106,784.57 | 0.00 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 17,586.00 | 18,568.80 | 18,568.80 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | American Express Centurion Bank | 7100-000 | 40,049.00 | 43,523.19 | 43,523.19 | 0.00 |
| 5 | American Express Centurion Bank | 7100-000 | 1,258.91 | 1,498.07 | 1,498.07 | 0.00 |
| 6 | Elan Financial Services | 7100-000 | 19,185.00 | 19,024.33 | 19,024.33 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 10,682.00 | 11,501.22 | 11,501.22 | 0.00 |
| 8 | FIA Card Services, NA/Bank of America | 7100-000 | 20,812.00 | 22,326.04 | 22,326.04 | 0.00 |
| 9 | FIA Card Services, NA/Bank of America | 7100-000 | 13,694.00 | 15,143.22 | 15,143.22 | 0.00 |
| 10U | Illinois Department of Revenue | 7100-000 | N/A | 1,643.72 | 1,643.72 | 0.00 |
| 11U | Illinois Department of Revenue | 7100-000 | N/A | 388.51 | 388.51 | 0.00 |
| NOTFILED | Norman Mechanical | 7100-000 | 29,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Inverland Russell, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 506.00 | N/A | N/A | 0.00 |
| NOTFILED | Intelligent Systems Services | 7100-000 | 4,390.00 | N/A | N/A | 0.00 |
| NOTFILED | Lite Art | 7100-000 | 1,014.82 | N/A | N/A | 0.00 |
| NOTFILED | JJ Hayden, Inc | 7100-000 | 6,538.00 | N/A | N/A | 0.00 |
| NOTFILED | Maison du Comte | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pro-Build | 7100-000 | 21,918.23 | N/A | N/A | 0.00 |
| NOTFILED | Smart Home Solutions | 7100-000 | 1,677.00 | N/A | N/A | 0.00 |
| NOTFILED | VFJ Drywall | 7100-000 | 10,950.00 | N/A | N/A | 0.00 |
| NOTFILED | Stock Building Supply c/o Steve Smith @ Goldman & | 7100-000 | 10,534.72 | N/A | N/A | 0.00 |
| NOTFILED | ServiceMaster By Metzler | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Russell McElwain | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | P&K Construction, Inc | 7100-000 | 33,700.00 | N/A | N/A | 0.00 |
| NOTFILED | R M Paradise, Inc | 7100-000 | 570.00 | N/A | N/A | 0.00 |
| NOTFILED | Imagetec LP c/o GE Capital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northwest Marble | 7100-000 | 1,922.52 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 29,467.32 | N/A | N/A | 0.00 |
| NOTFILED | Cornerstone National Bank One West Northwest Highway | 7100-000 | 4,989,496.94 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 29,467.32 | N/A | N/A | 0.00 |
| NOTFILED | Glassworks, Inc | 7100-000 | 1,481.20 | N/A | N/A | 0.00 |
| NOTFILED | BGR Construction | 7100-000 | 43,694.90 | N/A | N/A | 0.00 |
| NOTFILED | America Craig Corp | 7100-000 | 42,655.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee LLP | 7100-000 | 1,331.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 2,084.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 5,386,125.88 | 240,401.67 | 240,401.67 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75021  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** SAGE, MICHAEL  **Filed (f) or Converted (c):** 10/08/10 (f)
**§341(a) Meeting Date:** 11/15/10
**Period Ending:** 11/01/11  **Claims Bar Date:** 04/06/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 10109 Stuart Lane, Lakewood, Illinois, 60014 (1/ | 650,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account at Harris Bank (Account #XXXXXX | 393.25 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous Household Goods and Furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Necessary Wearing Apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Whole Life Insurance Policy with Massachusetts M  The debtor's claimed exemption of $6,000 in the life insurance policy was disallowed pursuant to Court Order entered February 16, 2011. | 6,000.00 | 6,000.00 | DA | 4,736.07 | FA |
| 7 | 100% shareholder in Woodsmen, Inc.  Woodsmen, Inc. is a wholly owned corporation of Debtor that has a negative net value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2003 Cadillac Escalade (190,000 miles) (approx.) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.01 | FA |
| 9 | Assets  Totals (Excluding unknown values) | **$665,493.25** | **$6,000.00** | | **$4,736.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 1, 2011    **Current Projected Date Of Final Report (TFR):**   June 15, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-75021  
**Case Name:** SAGE, MICHAEL  

**Taxpayer ID #:** **-***4398  
**Period Ending:** 11/01/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-65 - Money Market Account  
**Blanket Bond:** $373,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/11 | {6} | MassMutual Financial Group | Bankruptcy Estate's interest in Whole Life Insurance Policy | 1129-000 | 4,736.07 | | 4,736.07 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75021 | 2300-000 | | 5.21 | 4,730.86 |
| 06/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 4,730.87 |
| 06/15/11 | | To Account #9200******6366 | Transfer funds from MMA to Checking Account | 9999-000 | | 4,730.87 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,736.08 | 4,736.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,730.87 | |
| | | | **Subtotal** | | 4,736.08 | 5.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,736.08** | **$5.21** | |

{} Asset reference(s)

Printed: 11/01/2011 01:19 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75021  
**Case Name:** SAGE, MICHAEL  
**Taxpayer ID #:** **-***4398  
**Period Ending:** 11/01/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-66 - Checking Account  
**Blanket Bond:** $373,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/15/11 |  | From Account #9200******6365 | Transfer funds from MMA to Checking Account | 9999-000 | 4,730.87 |  | 4,730.87 |
| 07/20/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,900.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 |  | 1,900.00 | 2,830.87 |
| 07/20/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,182.72, Trustee Compensation;  Reference: | 2100-000 |  | 1,182.72 | 1,648.15 |
| 07/20/11 | 103 | Sage, Tammy | Dividend paid   0.54% on $300,000.00; Claim# 12; Filed: $300,000.00; Reference: | 5100-000 |  | 1,648.15 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,730.87 | 4,730.87 | $0.00 |
| Less: Bank Transfers | 4,730.87 | 0.00 |  |
| **Subtotal** | 0.00 | 4,730.87 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| **NET Receipts / Disbursements** | $0.00 | $4,730.87 |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******63-65** | 4,736.08 | 5.21 | 0.00 |
| **Checking # 9200-******63-66** | 0.00 | 4,730.87 | 0.00 |
|  | $4,736.08 | $4,736.08 | $0.00 |

{} Asset reference(s)

Printed: 11/01/2011 01:19 PM   V.12.57